468 F.2d 627
 Lucy F. WILKERSON, Plaintiff-Appellant,
v.
Elliot L. RICHARDSON, Secretary of Health, Education and
Welfare, Defendant-Appellee.
 No. 72-2412 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 6, 1972.
 
 Maxine T. McConnell, Walter W. Steele, Jr., Dallas, Tex., for plaintiff-appellant.
 Eldon B. Mahon, U. S. Atty., Dallas, Tex., Morton Hollander, Thomas J. Press, Attys., Dept. of Justice, Washington, D. C., for defendant-appellee.
 Before BELL, DYER and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 The district court found that the decision of the Secretary of Health, Education and Welfare denying appellant disability benefits was supported by substantial evidence. We agree. The judgment is
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I